UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 13 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:21CR564 JAR/DDN |
| JAMES MALONEY, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about September 12, 2020, in the Eastern District of Missouri, the defendant,

**JAMES MALONEY,**

on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines Flight #2892 flying from Charlotte, North Carolina, to Las Vegas, Nevada, did knowingly attempt to interfere with the performance of the duties of Jarrod Miller, a flight crew member or flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by intimidating the flight attendant or flight crew member, specifically by lunging at Jarrod Miller. In violation of Title 49 U.S.C. Section 46504.

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney